United States Magistrate Judge J. Kelley Arnold

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BERNARD M. LARBIG, | CIVIL NO. C07-5613-FDB-JKA |
| Plaintiff, | |
| v. | ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S OPENING BRIEF |
| MICHAEL ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based on Plaintiff's Stipulation for Extension of Time and the agreement of the parties, it is now, hereby, ORDERED that Plaintiff's Opening Brief is due May 2, 2008, Defendant's response brief is due May 30, 2008, and Plaintiff's Reply Brief is due June 13, 2008.

DATED this 9th day of April, 2008.

*/s/ J. Kelley Arnold*_____
J. Kelley Arnold
United States Magistrate Judge

ORDER FOR EXTENSION OF TIME TO FILE
PLAINTIFF'S BRIEF- [C07-5613-FDB-JKA] - 1

Halpern & Oliver, PLLC
2110 North Pacific St. Suite 100
Seattle, WA 98103
(206) 622-1180

1 | Presented by:

2 | S/Amy M. Gilbrough,
Amy M. Gilbrough,
3 | Attorney for Plaintiff

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24 | ORDER FOR EXTENSION OF TIME TO FILE     Halpern & Oliver, PLLC
   | PLAINTIFF'S BRIEF- [C07-5613-FDB-JKA] - 1   2110 North Pacific St. Suite 100
25 |                                              Seattle, WA 98103
   |                                              (206) 622-1180