# United States District Court

### WESTERN DISTRICT OF WASHINGTON

BERNARD LARBIG

v.

MICHAEL J. ASTRUE

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C07-5613FDB/JKA

_____     **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_XX_     **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

1.     That this case is REVERSED and REMANDED for further proceedings under sentence four of 42 U.S.C. § 405 (g).

June 4, 2008

BRUCE RIFKIN
Clerk

s/ D. Forbes
By, Deputy Clerk