# United States District Court

WESTERN DISTRICT OF WASHINGTON

|  |  |
|---|---|
| BERNARD LARBIG | JUDGMENT IN A CIVIL CASE |
| v. | |
| MICHAEL J ASTRUE<br>Commissioner of Social Security | CASE NUMBER: C07-5613FDB |

       **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX     **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

It is hereby ORDERED that Plaintiff is awarded EAJA fees of $2014.16 and expenses of $9.99 pursuant to 28 U.S.C. § 2412 and costs of $0.00 as set out at 28 U.S.C. § 1920. Payable to Plaintiff's attorney Amy Gilbrough.

July 11, 2008                                    BRUCE RIFKIN
                                                                       Clerk

                                                                     s/ D. Forbes
                                                                  By, Deputy Clerk